UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr136

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff,. | ) | |
| | ) | |
| v. | ) | **FINAL ORDER AND JUDGMENT** |
| | ) | **CONFIRMING FORFEITURE** |
| FAISAL MARSOUG AL-MATIRI, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 7, 2008, this Court entered a Preliminary Order of Forfeiture (Doc. No. 28) pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty on Count Two in the Bill of Indictment. As to that Count, Defendant was convicted of possession of a firearm by an alien illegally in the United States in violation of 18 U.S.C. § 922(g)(5)(A).

On November 8, 2008, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from November 8, 2008 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**IT IS, THEREFORE, ORDERED** that, in accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has been forfeited to the United States for disposition according to law:

**One BOA .25 caliber pistol;**

**One Cobra Enterprise .32 caliber pistol; and**

**Eleven (11) rounds of .25 caliber Fiocchi ammunition.**

Signed: January 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge